IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DEVIN GRAYSON, et al.,

    Plaintiffs,

v.                                      Case No. 17-2636-JAR

HULCHER SERVICES, INC.,

    Defendant.

## **ORDER**

This case comes before the court on the parties' joint motion (ECF No. 10) to stay all further proceedings pending a decision in a parallel action pending in the Western District of Missouri, *Stagner v. Hulcher Services, Inc*., Case No. 16-cv-01036-FJG ("the Stagner Action"). The parties report a settlement has been reached in the Stagner Action, and a motion for preliminary approval of the settlement ("Motion for Preliminary Approval") is pending. The parties request that the court stay the instant matter until such time as the Stagner Court rules the Motion for Preliminary Approval. The parties assert a stay would conserve the time and resources of the parties and the court. The court agrees.

IT IS THEREFORE ORDERED:

1. The parties' joint motion to stay proceedings is granted. All pretrial proceedings in this case are stayed until further order of the court.

2. Within 3 days of a ruling on the Motion for Preliminary Approval, the parties shall file either a dismissal or a status report.

3. In addition, the parties shall file a joint status report every 30 days.

Dated November 21, 2018, at Kansas City, Kansas.

 s/James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge